**Order entered January 23, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01055-CV

### IN THE INTEREST OF A.S., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-00707-W**

## ORDER

Before the Court is appellee's January 19, 2017 motion to extend time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed by January 30, 2017.

/s/   CRAIG STODDART
JUSTICE